Thomas H. Billingslea, Jr.
Chapter 13 Standing Trustee
P.O. Box 188
Memphis, TN 38101-0188
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

___FILED
___ENTERED
___LODGED
___RECEIVED

JAN - 5 2017

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Order Entered on
December 5, 2016
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West 'F' Street, San Diego, California 92101-6991

| | |
|---|---|
| In re<br>CHARLES RUDY ASHENOFF<br>Social Security No. XXX-XX-6047<br><br>                    6047  Debtor. | Bankruptcy No. 15-05591-LA-13 |

### ORDER DIRECTING EMPLOYER TO DEDUCT FROM EMPLOYEE'S WAGES AND SEND PAYMENT TO CHAPTER 13 TRUSTEE

**TO EMPLOYER:**

ENTERTAINMENT PARTNERS
ATTN: PAYROLL DEPARTMENT
2835 N. NAOMI ST., 2ND FLOOR

BURBANK CA 91504-0000

*Employee is not currently employed with Entertainment Partners or any of its related entities*
*Last Day worked 4/22/15*

The above-named Debtor, having commenced a case under Chapter 13 of Title 11 U.S.C. and a plan having been filed in this case placing all future earnings of the Debtor under the sole and exclusive jurisdiction of the Court and it appearing that the above-named entity to whom this Order is directed is the present employer of the Debtor:

**IT IS HEREBY ORDERED** that you, as the employer of the above-named Debtor, shall deduct, each month, the sum of $1400.00 from the earnings of the debtor and remit the said sum not less than once per calendar month directly to the Trustee herein at **Thomas H. Billingslea, Jr., Chapter 13 Trustee, P.O. Box 188, Memphis, Tennessee 38101-0188.**

**IT IS FURTHER ORDERED** that if the debtor's employment has been or in the future is terminated, you, as the employer, shall notify the Trustee of such termination of employment. **PURSUANT TO 11 U.S.C. §1322(a)(1) and §1322(c) FEDERAL STATUTES, THIS ORDER IS SUPERIOR TO ANY OTHER LEVY ON THE EMPLOYEE'S WAGES AND SUPERCEDES ANY PREVIOUS ORDER MADE TO YOU IN THIS CASE.**

December 5, 2016

*[signature]*
Judge, United States Bankruptcy Court

CC: Trustee                                                              05591 corresp